AMICARE NURSING INNS v. CHC CORP.

No. 91 PC.

Case below: 34 N.C. App. 310.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

BENTON v. CONSTRUCTION CO.

No. 111 PC.

Case below: 34 N.C. App. 421.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 24 January 1978.

CLINE v. CLINE

No. 112 PC.

No. 47 (Spring Term).

Case below: 34 N.C. App. 495.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 24 January 1978.

DELLINGER v. BELK

No. 104 PC.

Case below: 34 N.C. App. 488.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 24 January 1978.

ELMWOOD v. ELMWOOD

No. 3 PC.

No. 49 (Spring Term).

Case below: 34 N.C. App. 652.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 24 January 1978.